■ DANIEL SCHULMAN et al., Respondents, v SHIMON BEN-MASHIAH et al., Appellants. [671 NYS2d 358] —Appeal by the defendants from an order of the Supreme Court, Nassau County (Levitt, J.), entered May 28, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Levitt at the Supreme Court. Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.